**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　:　No. 418 EAL 2020
RESPONDRENT　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　v.　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
ANDRE HARDEE,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Petitioner　　　　　　　　　:

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 17th day of March, 2021, the Petition for Allowance of Appeal is
**DENIED**.